IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATALIE ALPHONSE SULLIVAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAKE FOREST UNIVERSITY )<br>HEALTH SCIENCES and WAKE )<br>FOREST UNIVERSITY BAPTIST )<br>MEDICAL CENTER, )<br>)<br>Defendants. ) | 1:20CV281 |

## JUDGMENT

For the reasons outlined in the Memorandum Opinion and Order filed on March 27, 2024, in this action,

**IT IS HEREBY ORDERED, ADJUDGED** that Defendants' Motion for Summary Judgment, (ECF No. 63), is **GRANTED.**

This, the 29th day of March 2024.

/s/ Loretta C. Biggs
United States District Judge